UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 10-32354-ERW |
|---|---|---|
| | § | |
| GIBB HENDERSON, Jr. | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $134,400.00 | Assets Exempt: | $54,050.00 |
| Total Distributions to Claimants: | $2,774.93 | Claims Discharged Without Payment: | $51,441.26 |
| Total Expenses of Administration: | $1,875.71 | | |

3) Total gross receipts of $4,650.64 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,650.64 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (5/1/2011)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $135,272.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $1,875.71 | $1,875.71 | $1,875.71 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $51,141.00 | $53,273.19 | $53,273.19 | $2,774.93 |
| **Total Disbursements** | $186,413.00 | $55,148.90 | $55,148.90 | $4,650.64 |

4). This case was originally filed under chapter 7 on 07/21/2010. The case was pending for 19 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/10/2012          By:   /s/ David P. Leibowitz
                                          Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (5/1/2011)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| 2001 Toyota Rav4 with 80,000 miles in fair conditiont. | 1129-000 | $4,650.00 |
| Interest Earned | 1270-000 | $0.64 |
| **TOTAL GROSS RECEIPTS** | | **$4,650.64** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase | 4110-000 | $83,154.00 | NA | $0.00 | $0.00 |
| | CitiMortgage Inc. | 4110-000 | $52,118.00 | NA | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$135,272.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,162.66 | $1,162.66 | $1,162.66 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $2.16 | $2.16 | $2.16 |
| Green Bank | 2600-000 | NA | $14.29 | $14.29 | $14.29 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $690.00 | $690.00 | $690.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $6.60 | $6.60 | $6.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$1,875.71** | **$1,875.71** | **$1,875.71** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

**UST Form 101-7-TDR (5/1/2011)**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-900 | $7,365.00 | $7,776.37 | $7,776.37 | $405.06 |
| 2 | Chase Bank USA, N.A. | 7100-900 | $14,338.00 | $14,337.79 | $14,337.79 | $746.84 |
| 3 | Chase Bank USA, N.A. | 7100-900 | $6,641.00 | $7,019.34 | $7,019.34 | $365.63 |
| 4 | PYOD LLC its successors and assigns as assignee of Citibank, NA | 7100-900 | $21,854.00 | $24,139.69 | $24,139.69 | $1,257.40 |
|  | Chase | 7100-000 | $781.00 | NA | NA | $0.00 |
|  | Equifax | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | Experian | 7100-000 | $0.00 | NA | NA | $0.00 |
|  | HSBC/Carsn | 7100-000 | $162.00 | NA | NA | $0.00 |
|  | Transunion | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $51,141.00 | $53,273.19 | $53,273.19 | $2,774.93 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1

Exhibit 8

| Case No.: | 10-32354-ERW | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HENDERSON, Jr., GIBB | Date Filed (f) or Converted (c): | 07/21/2010 (f) |
| For the Period Ending: | 2/10/2012 | §341(a) Meeting Date: | 09/22/2010 |
| | | Claims Bar Date: | 12/27/2010 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. DA=§ 554(c) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  2008 S. 19th Ave. Broadview, IL 60155 - (Debtor's primary residence) | $90,000.00 | $0.00 | DA | $0.00 | FA |
| 2  Checking account with Citibank | $50.00 | $0.00 | DA | $0.00 | FA |
| 3  Checking account with Citibank | $50.00 | $0.00 | DA | $0.00 | FA |
| 4  Household goods; TV, DVD player, TV stand, stereo, sofa, vacuum, table, chairs, lamps, bedroom sets, washer/dryer, stove, refrigerator, microwave, dishes/flatware, pots/pans | $1,500.00 | $500.00 | DA | $0.00 | FA |
| 5  Books, Compact Discs, Tapes/Records, Family Pictures | $50.00 | $0.00 | DA | $0.00 | FA |
| 6  Necessary wearing apparel. | $50.00 | $0.00 | DA | $0.00 | FA |
| 7  Earrings, watch, jewelry | $50.00 | $0.00 | DA | $0.00 | FA |
| 8  Pension w/IBEW - 100% Exempt. | $32,500.00 | $0.00 | DA | $0.00 | FA |
| 9  2001 Toyota Rav4 with 80,000 miles in fair conditiont. | $4,650.00 | $4,650.00 | DA | $4,650.00 | FA |
| **Asset Notes:** Eight monthly payments in the amount of $500.00 (due on the first day of each month beginning November 1, 2010), and one final payment of $650.00 due on July 1, 2011 | | | | | |
| 10  2001 Toyota MR2 Spyder with 40,000 miles | $5,500.00 | $200.00 | DA | $0.00 | FA |
| INT  Interest Earned                (u) | Unknown | Unknown | DA | $0.64 | Unknown |

**TOTALS (Excluding unknown value)**

|  |  |  |  | **Gross Value of Remaining Assets** |
|---|---|---|---|---|
| $134,400.00 | $5,350.00 | | $4,650.64 | $0.00 |

**Major Activities affecting case closing:**

sent email to atty requesting bank statements.

Received title for Gibb Henderson

Order granting motion to sell granted

Debtor has ceased paying.  Let's see if he has tax refund.  Move for turnover of vehicle.

Repossess vehicle

Received payment 1/20/11, however debtor is still one payment in default.  Follow up w/ DA

TFR completed for Trustee's review.

TFR sent to Tom for review and approval.

TDR to be completed.

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 05/01/2012 | | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** | 05/01/2012 | | DAVID LEIBOWITZ |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit 9

| | | |  | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 10-32354-ERW | | | **Trustee Name:** | | David Leibowitz |
| **Case Name:** | HENDERSON, Jr., GIBB | | | **Bank Name:** | | Green Bank |
| **Primary Taxpayer ID #:** | ******4502 | | | **Checking Acct #:** | | ******5401 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | DDA |
| **For Period Beginning:** | 7/21/2010 | | | **Blanket bond (per case limit):** | | $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 06/29/2011 | | Sterling Bank | Transfer Funds | 9999-000 | $4,000.64 | | $4,000.64 |
| 07/05/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $1.25 | $3,999.39 |
| 07/29/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $5.62 | $3,993.77 |
| 08/02/2011 | (9) | Gibb Henderson Jr. | Final payment on vehicle. | 1129-000 | $650.00 | | $4,643.77 |
| 08/31/2011 | | Green Bank | Bank Service Fee | 2600-000 | | $7.42 | $4,636.35 |
| 11/16/2011 | 5001 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $2.16 | $4,634.19 |
| 11/16/2011 | 5002 | Lakelaw | Claim #: ; Amount Claimed: 690.00; Amount Allowed: 690.00; Distribution Dividend: 100.00; | 3110-000 | | $690.00 | $3,944.19 |
| 11/16/2011 | 5003 | Lakelaw | Claim #: ; Amount Claimed: 6.60; Amount Allowed: 6.60; Distribution Dividend: 100.00; | 3120-000 | | $6.60 | $3,937.59 |
| 11/16/2011 | 5004 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,162.66 | $2,774.93 |
| 11/16/2011 | 5005 | Chase Bank USA, N.A. | Claim #: 1; Amount Claimed: 7,776.37; Amount Allowed: 7,776.37; Distribution Dividend: 5.21; | 7100-900 | | $405.06 | $2,369.87 |
| 11/16/2011 | 5006 | Chase Bank USA, N.A. | Claim #: 2; Amount Claimed: 14,337.79; Amount Allowed: 14,337.79; Distribution Dividend: 5.21; | 7100-900 | | $746.84 | $1,623.03 |
| 11/16/2011 | 5007 | Chase Bank USA, N.A. | Claim #: 3; Amount Claimed: 7,019.34; Amount Allowed: 7,019.34; Distribution Dividend: 5.21; | 7100-900 | | $365.63 | $1,257.40 |
| 11/16/2011 | 5008 | PYOD LLC its successors and assigns as assignee of | Claim #: 4; Amount Claimed: 24,139.69; Amount Allowed: 24,139.69; Distribution Dividend: 5.21; | 7100-900 | | $1,257.40 | $0.00 |
| | | | **TOTALS:** | | $4,650.64 | $4,650.64 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $4,000.64 | $0.00 | |
| | | | **Subtotal** | | $650.00 | $4,650.64 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $650.00 | $4,650.64 | |

**For the period of 7/21/2010 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $650.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $650.00 |
| Total Internal/Transfer Receipts: | $4,000.64 |
| | |
| Total Compensable Disbursements: | $4,650.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,650.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 06/29/2011 to 2/10/2012**

| | |
|---|---|
| Total Compensable Receipts: | $650.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $650.00 |
| Total Internal/Transfer Receipts: | $4,000.64 |
| | |
| Total Compensable Disbursements: | $4,650.64 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,650.64 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| **Case No.** | 10-32354-ERW | | **Trustee Name:** | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | HENDERSON, Jr., GIBB | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******4502 | | **Money Market Acct #:** | ******2354 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 7/21/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/29/2010 | (9) | Gibb Henderson Jr | | 1129-000 | $500.00 | | $500.00 |
| 11/30/2010 | (9) | Gibb Henderson Jr. | Payment on vehicle's equity | 1129-000 | $500.00 | | $1,000.00 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.02 | | $1,000.02 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $0.04 | | $1,000.06 |
| 01/20/2011 | (9) | Gibb Herderson Jr. | | 1129-000 | $500.00 | | $1,500.06 |
| 01/31/2011 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $0.05 | | $1,500.11 |
| 02/18/2011 | (9) | Gibb Henderson JR. | | 1129-000 | $500.00 | | $2,000.11 |
| 02/28/2011 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $0.06 | | $2,000.17 |
| 03/17/2011 | (9) | Gibb Henderson | | 1129-000 | $500.00 | | $2,500.17 |
| 03/31/2011 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $0.09 | | $2,500.26 |
| 04/25/2011 | (9) | Gibb Henderson Jr. | | 1129-000 | $500.00 | | $3,000.26 |
| 04/29/2011 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $0.11 | | $3,000.37 |
| 05/20/2011 | (9) | Gibb Henderson Jr., | | 1129-000 | $500.00 | | $3,500.37 |
| 05/31/2011 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $0.13 | | $3,500.50 |
| 06/17/2011 | (9) | Gibb Henderson Jr., | | 1129-000 | $500.00 | | $4,000.50 |
| 06/29/2011 | (INT) | Sterling Bank | Interest Earned For June 2011 | 1270-000 | $0.14 | | $4,000.64 |
| 06/29/2011 | | Green Bank | Transfer Funds | 9999-000 | | $4,000.64 | $0.00 |

|  | **TOTALS:** | $4,000.64 | $4,000.64 | $0.00 |
|---|---|---|---|---|
| | **Less: Bank transfers/CDs** | $0.00 | $4,000.64 | |
| | **Subtotal** | $4,000.64 | $0.00 | |
| | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | **Net** | $4,000.64 | $0.00 | |

| **For the period of 7/21/2010 to 2/10/2012** | | **For the entire history of the account between 10/29/2010 to 2/10/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.64 | Total Compensable Receipts: | $4,000.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.64 | Total Comp/Non Comp Receipts: | $4,000.64 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $4,000.64 | Total Internal/Transfer Disbursements: | $4,000.64 |

FORM 2  
Page No: 3  
Exhibit 9  
Case 10-32354    Doc 32    Filed 04/13/12    Entered 04/13/12 12:55:52    Desc Main
Document    Page 8 of 8
CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 10-32354-ERW | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| **Case Name:** | HENDERSON, Jr., GIBB | | **Bank Name:** | Sterling Bank |
| **Primary Taxpayer ID #:** | ******4502 | | **Money Market Acct #:** | ******2354 |
| **Co-Debtor Taxpayer ID #:** | | | **Account Title:** | |
| **For Period Beginning:** | 7/21/2010 | | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 2/10/2012 | | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,650.64 | $4,650.64 | $0.00 |

| **For the period of 7/21/2010 to 2/10/2012** | | **For the entire history of the case between 07/21/2010 to 2/10/2012** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,650.64 | Total Compensable Receipts: | $4,650.64 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,650.64 | Total Comp/Non Comp Receipts: | $4,650.64 |
| Total Internal/Transfer Receipts: | $4,000.64 | Total Internal/Transfer Receipts: | $4,000.64 |
| | | | |
| Total Compensable Disbursements: | $4,650.64 | Total Compensable Disbursements: | $4,650.64 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,650.64 | Total Comp/Non Comp Disbursements: | $4,650.64 |
| Total Internal/Transfer Disbursements: | $4,000.64 | Total Internal/Transfer Disbursements: | $4,000.64 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ